EXHIBIT "A"

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

## INVOICE FOR SERVICES

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 3/1/14- 3/12/14 | GOOD FAITH ATTEMPTS TO CONFER WITH DEFENSE COUNSEL RE: COURT ORDER OF JAN. 24, 2014 | .5 | $400 | $200 |
| 3/18/14 | DRAFT AND FILE MOTION TO COMPEL PURSUANT TO FEDERAL RULE 37; LOCAL RULE 37.2 | 1.75 | $400 | $700 |
| 3/18/13 | TELEPHONE CONFERENCE WITH 3 CLIENTS RE: STATUS | .5 | $400 | $200 |
| 6/16/2014 | REVIEW FILE AND STATUS SINCE COURT ORDER TO SHOW CAUSE DATED APRIL 3, 2014; ATTEMPT TO CONFER WITH DEFENSE COUNSEL VIA TELEPHONE AND E-MAIL | .5 | $400 | $200 |
| 6/25/14 | DRAFT AND FILE MOTION TO COMPEL AND SANCTION FOR NON-COMPLIANCE WITH COURT ORDER OF JAN. 24, 2014 AND COURT ORDER OF APRIL 3, 2013 | 2.5 | $400 | $1,000 |
| 7/8/14 | PROCEEDINGS BEFORE MAG. JUDGE LEVY IN EDNY FOR CONFERENCE AND MOTIONS; REVIEW MINUTE ENTRY OF SAME DATE | 2.5 | $400 | $600 |
| 8/14/14 | PROCEEDINGS BEFORE MAG. JUDGE LEVY IN EDNY FOR CONFERENCE ; NO APPEARANCE BY DEFENSE COUNSEL | 2.5 | $400 | $600 |

TOTAL.................................................................................................$3,500.00

PLEASE REMIT PAYMENT TO: **Cilenti & Cooper, PLLC**
708 THIRD AVENUE, 6TH FLOOR
NEW YORK, NEW YORK 10017